WINSTON & STRAWN LLP
Charles S. Birenbaum (SBN: 107894)
Jeffrey S. Bosley (SBN: 167629)
Charles J. Wichmann III (SBN: 206598)
101 California Street, 39th Floor
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant
CALPINE CORPORATION

NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
John L. Anderson, (SBN 47393)
Linda Lu Castronovo (SBN 173269)
Scott M. DeNardo (SBN 216749)
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415-677-9440
Facsimile: 415-677-9445

Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342,
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO<br><br>Plaintiff,<br><br>vs.<br><br>CALPINE CORPORATION<br><br>Defendant. | Case No. C-02 5376 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE EXPERT DISCOVERY CUT-OFF FOR DEPOSITION OF PLAINTIFF'S EXPERT, DR. WILLIAM IBBS** |

///

///

///

**STIPULATION TO EXTEND THE EXPERT DISCOVERY CUT-OFF FOR DEPOSITION OF PLAINTIFF'S EXPERT, DR. WILLIAM IBBS -- Case No. C-02 5376 JSW**

| | |
|---|---|
| 1 | Subject to the approval of this Court, the parties hereby stipulate to the following: |
| 2 | To accommodate the schedules of counsel and the witness, expert discovery will be extended |
| 3 | until August 19, 2005, to allow for the deposition of UA Local 342's expert, Dr. William Ibbs. |
| 4 | Trial in this matter has been set for November 14, 2005. The extension of this discovery |
| 5 | deadline will not prejudice either party's trial preparation. |
| 6 | SO STIPULATED: |

Dated: July 26, 2005

NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL

By: _____
SCOTT DENARDO
Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

Dated: July ___, 2005

WINSTON & STRAWN LLP

By: _____
CHARLES J. WICHMANN III
Attorneys for Defendant
CALPINE CORPORATION

APPROVED AND SO ORDERED:

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

STIPULATION TO EXTEND THE EXPERT DISCOVERY CUT-OFF FOR DEPOSITION OF PLAINTIFF'S EXPERT, DR. WILLIAM IBBS – Case No. C-02 5376 JSW

SF:111040.1
-2-