WINSTON & STRAWN LLP
Charles S. Birenbaum (SBN: 107894)
Jeffrey S. Bosley (SBN: 167629)
Charles J. Wichmann III (SBN: 206598)
101 California Street, 39th Floor
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant
CALPINE CORPORATION

NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
John L. Anderson, (SBN 47393)
Linda Lu Castronovo (SBN 173269)
Scott M. DeNardo (SBN 216749)
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415-677-9440
Facsimile: 415-677-9445

Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342,
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO<br><br>Plaintiff,<br><br>vs.<br><br>CALPINE CORPORATION<br><br>Defendant. | Case No.C-02 5376 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FILING DATE FOR MOTIONS IN LIMINE** |

///

///

///

**STIPULATION AND [PROPOSED] ORDER RE: FILING DATE FOR MOTIONS IN LIMINE -- Case No.C-02 5376 JSW**

1       WHEREAS, the Final Pretrial Conference (the "Conference") in the present matter is set for
2 Monday October 17, 2005;
3       WHEREAS, pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in
4 Civil Bench Cases ("Pretrial Guidelines"), oppositions to motions in limine must be served at least
5 ten (10) days before the Conference, or Friday October 7, 2005, for purposes of the present matter;
6       WHEREAS, pursuant to the Court's Pretrial Guidelines, after the oppositions to any motions
7 in limine are received, the moving party is responsible to "collate the motion and the opposition
8 together, back to back, and then file the paired sets at least seven calendar days before the
9 conference";
10       WHEREAS, seven days before the Conference for the present matter is Monday October 10,
11 2005, which is Columbus Day and a court holiday, and the prior court day is Friday October 7, 2005,
12 which is the same day by which to serve the oppositions in the first instance;
13       WHEREAS, extending the deadline for the moving party to file the paired sets of moving
14 and opposition papers for any motions in limine to Tuesday October 11, 2005, would ensure the
15 parties had sufficient time to receive any opposition papers and prepare the paired sets for filing.
16 **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE**
17 **UNDERSIGNED PARTIES THAT:**
18       Subject to the approval of the Court, the deadline for the moving party to file the paired sets
19 of moving and opposition papers for any motions in limine shall be extended to Tuesday October 11,
20 2005.
21     SO STIPULATED:
22 Dated: August 3, 2005       NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL

By: SCOTT DENARDO
Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

STIPULATION AND [PROPOSED] ORDER RE: FILING DATE FOR MOTIONS IN LIMINE – Case No.C-02 5376 JSW
-2-

Dated: August 4, 2005

WINSTON & STRAWN LLP

By: /s/ Charles J. Wichmann III
CHARLES J. WICHMANN III
Attorneys for Defendant
CALPINE CORPORATION

The deadline for the moving party to file the paired sets of moving and opposition papers for any ~~APPROVED AND SO ORDERED~~: motions in limine is HEREBY EXTENDED to noon on October 11, 2005.

IT IS SO ORDERED.

Dated: August 5, 2005

/s/ Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

SF:112222.1