```
WINSTON & STRAWN LLP
Charles S. Birenbaum (SBN: 107894)
Jeffrey S. Bosley (SBN: 167629)
Charles J. Wichmann III (SBN: 206598)
101 California Street, 39th Floor
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant
CALPINE CORPORATION


NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
John L. Anderson, (SBN 47393)
Linda Lu Castronovo (SBN 173269)
Scott M. DeNardo (SBN 216749)
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415-677-9440
Facsimile: 415-677-9445

Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342,
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO<br><br>Plaintiff,<br><br>vs.<br><br>CALPINE CORPORATION<br><br>Defendant. | Case No. C-02 5376 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRETRIAL FILING DEADLINES** |

WHEREAS, the Final Pretrial Conference (the "Conference") in the present matter is set for Monday, October 17, 2005;

STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRETRIAL FILING DEADLINES-- Case No. C-02 5376 JSW

1   WHEREAS, pursuant to the Court's Guidelines for Trial and Final Pretrial Conference in
2   Civil Bench Cases, the proposed joint pretrial order, proposed findings of fact and conclusions of
3   law, and trial briefs (the "Pretrial Filings") must be filed at least seven (7) days before the
4   Conference, which, due to the Columbus Day holiday on October 10, 2005, advances the deadline to
5   Friday, October 7, 2005;
6   WHEREAS, the parties scheduled a meeting to discuss settlement of this matter for
7   Thursday, September 22, 2005 (the "Settlement Meeting"), but that meeting was forced to be
8   postponed due to Hurricane Rita and the fact that Defendant Calpine's corporate representative
9   resides in Houston, Texas, which was threatened by the hurricane;
10  WHEREAS, due to the parties' respective schedules, the earliest time the Settlement Meeting
11  could be rescheduled was Tuesday, October 4, 2005, at 1:00 p.m.;
12  WHEREAS, extending the deadline for the parties to file the Pretrial Filings to Thursday,
13  October 13, 2005, would facilitate possible settlement by enabling the parties to conserve resources
14  in advance of the Settlement Meeting, would conserve judicial resources in the event the Settlement
15  Meeting is successful, and would not require a continuance of the Conference or other pretrial dates.
16  **IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE**
17  **UNDERSIGNED PARTIES THAT:**
18  Subject to the approval of the Court, the deadline for the parties to file the proposed joint
19  pretrial order, proposed findings of fact and conclusions of law, and trial briefs shall be extended to
20  Thursday, October 13, 2005.
21  SO STIPULATED:
22  Dated: September 27, 2005        NEYHART, ANDERSON, FREITAS, FLYNN &
                                     GROSBOLL
23
24                                   By: _____
25                                   SCOTT DENARDO
                                     Attorneys for Plaintiff
26                                   PLUMBERS & STEAMFITTERS, LOCAL UNION
                                     342, UNITED ASSOCIATION OF JOURNEYMEN
27                                   AND APPRENTICES OF THE PLUMBING AND
                                     PIPEFITTING INDUSTRY OF THE UNITED
                                     STATES AND CANADA, AFL-CIO
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN PRETRIAL FILING DEADLINES – Case No.C-02 5376 JSW
-2-

| | | |
|---|---|---|
| 1 | Dated: September 27, 2005 | WINSTON & STRAWN LLP |
| 2 | | |
| 3 | | By: /s/ Charles J. Wichmann III |
| | | CHARLES J. WICHMANN III |
| 4 | | Attorneys for Defendant |
| | | CALPINE CORPORATION |

~~APPROVED AND SO ORDERED~~:

The deadline for the parties to file their documents for the pretrial conference is HEREBY EXTENDED to October 11, 2005.

Dated: September 29, 2005        /s/ Jeffrey S. White
                                 HON. JEFFREY S. WHITE
                                 UNITED STATES DISTRICT COURT JUDGE

SF:116217.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894