WINSTON & STRAWN LLP
Charles S. Birenbaum (SBN: 107894)
Jeffrey S. Bosley (SBN: 167629)
Charles J. Wichmann III (SBN: 206598)
101 California Street, 39th Floor
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant
CALPINE CORPORATION


NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
John L. Anderson, (SBN 47393)
Linda Lu Castronovo (SBN 173269)
Scott M. DeNardo (SBN 216749)
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415-677-9440
Facsimile: 415-677-9445

Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342,
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO<br><br>Plaintiff,<br><br>vs.<br><br>CALPINE CORPORATION<br><br>Defendant. | Case No. C-02 5376 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE AND RELATED DEADLINES
Case No. C-02 5376 JSW

WHEREAS, on October 6, 2005, the parties agreed to the terms of a settlement in this matter, and are presently engaged in drafting a written settlement agreement and dismissal, which dismissal they presently expect to file by Tuesday, October 11, 2005;

WHEREAS, the Final Pretrial Conference (the "Conference") in the present matter is set for Monday, October 17, 2005, and pursuant to the September 29, 2005 Order of this Court, the deadline for the parties to file the proposed joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and trial briefs (the "Pretrial Filings") is Tuesday October 11, 2005;

WHEREAS, counsel for both parties are familiar with Court's Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases, and pursuant to those Guidelines hereby respectfully request that the Court approve a brief continuance of the Final Pretrial Conference and related filing and service deadlines by one week. This brief continuance will allow the parties to focus their efforts and resources on finalizing the written settlement agreement and stipulated dismissal without incurring additional costs and fees. This continuance should not necessitate a continuance of the November 14, 2005 trial date.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:**

Subject to the approval of the Court, the parties agree to a brief continuance of the Final Pretrial Conference and related filing and service deadlines by one week to allow the parties sufficient time to finalize their settlement agreement and dismissal.

SO STIPULATED:

Dated: October 6, 2005

NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL

By: _____
SCOTT DeNARDO
Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

Dated: October 6, 2005

WINSTON & STRAWN LLP

By: *[signature]*
CHARLES J. WICHMANN III
Attorneys for Defendant
CALPINE CORPORATION

APPROVED AND SO ORDERED:

Pretrial conference continued to October 24, 2005 at 2:30 p.m. and pretrial filings shall be due on October 17, 2005, unless dismissal is filed.

Dated: October 7, 2005

*[signature]*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

SF:117062.1