WINSTON & STRAWN LLP
Charles S. Birenbaum (SBN: 107894)
Jeffrey S. Bosley (SBN: 167629)
Charles J. Wichmann III (SBN: 206598)
101 California Street, 39th Floor
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant
CALPINE CORPORATION


NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
John L. Anderson, (SBN 47393)
Linda Lu Castronovo (SBN 173269)
Scott M. DeNardo (SBN 216749)
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415-677-9440
Facsimile: 415-677-9445

Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342,
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO<br><br>Plaintiff,<br><br>vs.<br><br>CALPINE CORPORATION<br><br>Defendant. | Case No. C-02 5376 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES** |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE AND RELATED DEADLINES**
**Case No. C-02 5376 JSW**

1       WHEREAS, on October 6, 2005, the parties agreed to the terms of a settlement in this matter, and are presently engaged in drafting a written settlement agreement and dismissal, which dismissal they presently expect to file by Thursday, October 20, 2005;

      WHEREAS, the Final Pretrial Conference (the "Conference") in the present matter is set for Monday, October 24, 2005, and pursuant to the October 7, 2005 Order of this Court, the deadline for the parties to file the proposed joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and trial briefs (the "Pretrial Filings") is Monday, October 17, 2005;

      WHEREAS, counsel for both parties are familiar with Court's Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases, and pursuant to those Guidelines hereby respectfully request that the Court approve a brief continuance of the Final Pretrial Conference and related filing and service deadlines by three days. This brief continuance will allow the parties to focus their efforts and resources on finalizing the written settlement agreement and stipulated dismissal without incurring additional costs and fees. This continuance should not necessitate a continuance of the November 14, 2005 trial date.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:**

      Subject to the approval of the Court, the parties agree to a brief continuance of the Final Pretrial Conference and related filing and service deadlines by three days to allow the parties to sufficient time to finalize their settlement agreement and dismissal.

SO STIPULATED:

Dated: October 17, 2005              NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL

By:_____
SCOTT LEONARD
Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE AND RELATED DEADLINES
Case No. C-02 5376 JSW
-2-

| | |
|---|---|
| Dated: October 17, 2005 | WINSTON & STRAWN LLP |
| | By: /s/ Charles J. Wichmann III |
| | CHARLES J. WICHMANN III |
| | Attorneys for Defendant |
| | CALPINE CORPORATION |

The deadline to file the proposed joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and trial briefs is HEREBY CONTINUED to October 20, 2005. The Pretrial Conference and Trial are CONTINUED to October 31, 2005 at 1:30 p.m. and November 21, 2005 at 8:30 a.m. The Court will not grant any further continuances regarding the required pretrial filings.

IT IS SO ORDERED.

Dated: October 18, 2005

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

SF:117062.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE AND RELATED DEADLINES**
Case No. C-02 5376 JSW
-3-