```
WINSTON & STRAWN LLP
Charles S. Birenbaum (SBN: 107894)
Jeffrey S. Bosley (SBN: 167629)
Charles J. Wichmann III (SBN: 206598)
101 California Street, 39th Floor
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys for Defendant
CALPINE CORPORATION


NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL
John L. Anderson (SBN 47393)
Linda Lu Castronovo (SBN 173269)
Scott M. De Nardo (SBN 216749)
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Telephone: 415-677-9440
Facsimile: 415-677-9445

Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342,
UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND PIPEFITTING
INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO<br><br>Plaintiff,<br><br>vs.<br><br>CALPINE CORPORATION<br><br>Defendant. | Case No. C-02 5376 JSW<br><br>**STIPULATION TO DISMISS AND [~~PROPOSED~~] ORDER**<br><br>[F.R.C.P. 41(a)(1)] |

WHEREAS, on November 12, 2002, Plumbers & Steamfitters Local Union 342, United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, AFL-CIO ("UA Local 342") filed a complaint ("Complaint") against

STIPULATION TO DISMISS AND [~~PROPOSED~~] ORDER – Case No. C-02 5376 JSW

| | |
|---|---|
| 1 | Calpine Corporation ("Calpine"), alleging a breach of the Northern California Power Plants Project |
| 2 | Labor Agreement ("PLA"); and |
| 3 |     WHEREAS, Calpine denies any breach of the PLA, including but not limited to any |
| 4 | breach of Section 2.1 or 3.1 of the PLA; and |
| 5 |     WHEREAS, Section 2.1 of the PLA states that "Work performed by Calpine |
| 6 | employees after the mechanical completion of each system within a unit is not included within the |
| 7 | scope of [the PLA];" and |
| 8 |     WHEREAS, the parties were provided a full opportunity to conduct discovery in this |
| 9 | matter, including discovery concerning the negotiation history of the PLA; and |
| 10 |     WHEREAS, the parties have agreed to resolve this matter through a confidential |
| 11 | settlement agreement, and desire to avoid any future disputes; |
| 12 |     NOW THEREFORE, it is agreed to by and between Calpine and U.A. Local 342 that |
| 13 | the term "mechanical completion of each system within a unit" as used in section 2.1 of the PLA |
| 14 | shall be deemed to occur when a system is tagged and locked out, but if Calpine rejects the system as |
| 15 | incomplete and returns the system to a contractor, work performed to correct the system and to gain |
| 16 | Calpine's acceptance shall be performed under the terms and conditions of the PLA. Further, if after |
| 17 | a system is tagged and locked out, major new construction rather than start-up and commissioning |
| 18 | work is required to achieve acceptance of the system by Calpine, then such major new construction |
| 19 | shall be performed under the terms and conditions of the PLA. Hydrolazing is excluded from the |
| 20 | PLA no matter when performed; |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

IT IS FURTHER HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1), with each side to bear its own costs and attorneys' fees in this matter.

Dated: October 18, 2005

NEYHART, ANDERSON, FREITAS, FLYNN & GROSBOLL

By: /s/ John L. Anderson
John L. Anderson
Attorneys for Plaintiff
PLUMBERS & STEAMFITTERS, LOCAL UNION 342, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO

Dated: October 19, 2005

WINSTON & STRAWN LLP

By: /s/ Charles S. Birenbaum
Charles S. Birenbaum
Attorneys for Defendant
CALPINE CORPORATION

APPROVED AND SO ORDERED:

Dated: October 19, 2005

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894